**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **B.S., a minor, by Natalie M.R.** | : | |
| **Burston, Esq., Guardian** *Ad Litem,* | : | |
| **Plaintiff** | : | |
| | : | **No. 1:17-cv-1789** |
| **v.** | : | |
| | : | **(Judge Kane)** |
| **YORK COUNTY, et al.,** | : | |
| **Defendants** | : | |

**ORDER**

**AND NOW**, on this 22nd day of July 2019, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's Motion for Leave to File an Amended Complaint (Doc. No. 28) is **GRANTED**;

2. The First Amended Complaint, attached as an Exhibit to Plaintiff's Motion (Doc. No. 28-3), is **DEEMED FILED** as of this date;

3. Discovery related to the issue of liability is **REOPENED** for a period of ninety (90) days from the date of this Order; and

4. Dispositive motions related to the issue of liability shall be filed 120 days from the date of this Order.

                                                            s/ Yvette Kane
                                                            Yvette Kane, District Judge
                                                            United States District Court
                                                            Middle District of Pennsylvania