# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| B.S., a minor, by NATALIE M.R. BURSTON, guardian ad litem, | : | Civil No. 1:17-CV-01789 |
| Plaintiff, | : | |
| v. | : | |
| YORK COUNTY, NAN MAVOR, CATHY LYMAN, JACY NIEMIEC a/k/a Jacy Colin, and ASHLEY ROHRBAUGH, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, this 10th day of September, 2020, upon review of all relevant filings in connection with the motion for summary judgment filed by the remaining Defendants – York County, Jacy Niemiec a/k/a Jacy Colin, and Ashley Rohrbaugh – and for the reasons stated in the accompanying memorandum, **IT IS ORDERED** that the motion, Doc. 52, is **GRANTED**. The Clerk of Court shall enter judgment for the remaining Defendants on Counts I to III of the amended complaint, Doc. 42, and is directed to **CLOSE** this case.

    s/Jennifer P. Wilson
    JENNIFER P. WILSON
    United States District Court Judge
    Middle District of Pennsylvania