AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| B.S., a minor, by NATALIE M.R. BURSTON, guardian ad litem, *Plaintiff* | ) ) ) |
| YORK COUNTY, NAN MAVOR, CATHY LYMAN, JACY NIEMIEC a/k/a Jacy Colin, and ASHLEY ROHRBAUGH, *Defendant* | ) Civil Action No. 1:17-CV-01789 ) ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Judgment is entered in favor of the remaining Defendants on Counts I to III of the amended complaint, Doc. 42.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Jennifer P. Wilson pursuant to the memorandum and order granting Defendants motion for summary judgment (Docs. 69 & 70) on September 10, 2020.

Date: September 10, 2020

*CLERK OF COURT*

s/ Victoria Edleblute
*Signature of Clerk or Deputy Clerk*